IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT R. MCLAIN,**<br>　　Petitioner, | No. 1:20-CV-01535 |
| v. | (Judge Rambo) |
| **CATRICIA HOWARD,**<br>　　Respondent. | |

## ORDER

In accordance with the accompany Memorandum Opinion, **IT IS ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DENIED**;

2. The motions for injunctive relief (Docs. 4, 7) are **DENIED**;

3. The motion to amend (Doc. 10) is **DENIED AS MOOT**; and

4. The Clerk of Court is directed to **CLOSE** this case.

　　　　　　　　　　　　　　　　　　S/Sylvia H. Rambo
　　　　　　　　　　　　　　　　　　United States District Judge

Dated: June 10, 2021